UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, BRANDON DUNBAR JR., a minor, by his Guardian Ad Litem Myesha Henry,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, RIVERSIDE CITY POLICE DPEARTMENT, and DOES 1 through 10 inclusive, in their individual and official capacities,<br><br>Defendants. | CASE NO. EDCV 13-00847 JGB (SPx)<br><br>**ORDER EXTENDING REPLY DATE AND CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Good cause appearing therefor

IT IS ORDERED:

The hearing on defendants' motion for partial summary judgment (ECF Nos. 27, 28, and 29) is continued to Monday, September 15, 2014 at 9:00 AM, with the due date for defendants' reply extended to August 25, 2014.

DATED: August 7, 2014

Hon. Jesus G. Bernal,
United States District Court Judge

4824-8754-9980.1

ORDER EXTENDING REPLY DATE AND CONTINUING HEARING ON MSJ