Gary S. Casselman, SBN 81658
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Blvd, Suite 100
Los Angeles, California 90034
Telephone:   (310) 314-4444
Facsimile:    (310) 314-4447
garyscasselman@gmail.com

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*lead counsel*)
dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, and B.D. Jr., a minor, by his Guardian Ad Litem Myesha Henry,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, RIVERSIDE CITY POLICE DPEARTMENT, SANCHO LOPEZ, BRETT PORTER, and DOES 3 through 10 inclusive,<br><br>Defendants. | **Case No. EDCV 13-00847 JGB (SPx)**<br><br>[*Honorable Jesus G. Bernal*]<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS** |

NOTICE OF ASSOCIATION OF COUNSEL

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Dale K. Galipo, Esq. and Melanie T. Partow, Esq. of the Law Offices of Dale K. Galipo shall be additional counsel for Plaintiffs ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, and B.D. Jr., a minor, by his Guardian Ad Litem Myesha Henry. The Law Offices of Dale K. Galipo is located at 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367, telephone number (818) 347-3333, and facsimile number (818) 347-4118.

Dale K. Galipo and Melanie T. Partow hereby make their formal appearance as counsel of record for Plaintiffs in this matter pursuant to Local Rule 182(a)(2)(i) and (ii).

Respectfully submitted,

Dated: September 8, 2014        CASSELMAN LAW OFFICES

                                By:        /s Gary S. Casselman
                                    Gary S. Casselman
                                    Attorneys for Plaintiffs

Dated: September 8, 2014        LAW OFFICES OF DALE K. GALIPO

                                By:        /s Melanie T. Partow
                                    Dale K. Galipo
                                    Melanie T. Partow
                                    Attorneys for Plaintiffs