UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   EDCV 13-00847-JGB (SPx)                    Date   October 20, 2014

Title   Ulrike Dunbar, et al.-v- City of Riverside, et al.

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gary Steven Casselman | John M. Porter |
| Melanie T. Partow | Alan Diamond |

**Proceedings:**   DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. NO. 27]

   The case is called and counsel state their appearances.  The Court confers with counsel and hears oral argument.  A separate order will issue.

   IT IS SO ORDERED.

Time:  00:23