1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, BRANDON DUNBAR JR., a minor, by his Guardian Ad Litem Myesha Henry, | CASE NO. EDCV 13-00847 JGB (SPx) |
| | *[ proposed ]* |
| Plaintiffs, | **ORDER GRANTING APPLICATION AND STIPULATION TO EXTEND EXPERT DISCOVERY CUT OFF AND CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL DATES** |
| vs. | |
| CITY OF RIVERSIDE, RIVERSIDE CITY POLICE DPEARTMENT, and DOES 1 through 10 inclusive, in their individual and official capacities, | |
| Defendants. | |

21      Good cause appearing therefor

22      IT IS ORDERED:

23

24      <u>EXPERT DISCOVERY</u>

25      The deadline for completing expert discovery is extended to June 26, 2015.

26

27   / / /

28   / / /

1  PRE-TRIAL CONFERENCE

2  The Pre-Trial Conference is continued from December 2, 2014 at 11:00 AM,

3  to September 7, 2015 at 11:00 AM, and all related dates and deadlines are to be

4  calculated from the new date.

5

6  JURY TRIAL

7  The jury trial is continued from December 16, 2014 at 9:00 AM, to September

8  15, 2015 at 9:00 AM, and all related dates and deadlines are to be calculated from

9  the new date.

10

11  REFER TO CVIL TRIAL SCHEDULING ORDER (ECF No. 26)

12  The parties are directed to the Civil Trial Scheduling Order (ECF No. 26) for

13  details concerning Pre-Trial Conference and Jury Trial proceedings.

14

15  DATED:

16  _____

17  Hon. Jesus G. Bernal,
   United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28