# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, BRANDON DUNBAR JR., a minor, by his Guardian Ad Litem Myesha Henry,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, RIVERSIDE CITY POLICE DPEARTMENT, and DOES 1 through 10 inclusive, in their individual and official capacities,<br><br>Defendants. | CASE NO. EDCV 13-00847 JGB (SPx)<br><br>[ ~~proposed~~ ]<br><br>**ORDER GRANTING APPLICATION AND STIPULATION TO EXTEND EXPERT DISCOVERY CUT OFF AND CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL DATES**<br><br>NOTE CHANGES MADE BY THE COURT |

Good cause appearing therefor

IT IS ORDERED:

<u>EXPERT DISCOVERY</u>

The deadline for completing expert discovery is extended to June 26, 2015.

/ / /

/ / /

4814-2253-1103.1

**PRE-TRIAL CONFERENCE**

The Pre-Trial Conference is continued from December 2, 2014 at 11:00 AM, to August 31, 2015 at 11:00 AM, and all related dates and deadlines are to be calculated from the new date.

**JURY TRIAL**

The jury trial is continued from December 16, 2014 at 9:00 AM, to September 15, 2015 at 9:00 AM, and all related dates and deadlines are to be calculated from the new date.

**REFER TO CVIL TRIAL SCHEDULING ORDER (ECF No. 26)**

The parties are directed to the Civil Trial Scheduling Order (ECF No. 26) for details concerning Pre-Trial Conference and Jury Trial proceedings.

DATED: November 21, 2014

_____
Hon. Jesus G. Bernal,
United States District Court Judge