JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRIKE DUNBAR, individually and as successor in interest to decedent BRANDON JAMES DUNBAR, BRANDON JUNBAR JR., a minor, by his Guardian Ad Litem Myesha Henry,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIVERSIDE, RIVERSIDE CITY POLICE DPEARTMENT, and DOES 1 through 10 inclusive, in their individual and official capacities,<br><br>Defendants. | CASE NO. EDCV 13-00847 JGB (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

The entire action, and each and every claim for relief therein, is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney fees.

DATED: February 22, 2018

_____
Hon. Jesus G. Bernal
United States District Court Judge

4848-7767-8939.1

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE